**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6915**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TRAYONE MAURICE BURTON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:07-cr-00773-JFA-1)

Submitted: November 21, 2017                    Decided: November 27, 2017

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Trayone Maurice Burton, Appellant Pro Se. Stanley D. Ragsdale, John David Rowell, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trayone Maurice Burton appeals the district court's orders granting his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction under Sentencing Guidelines Amendment 782, and denying his motion for reconsideration. We review for abuse of discretion a district court's decision whether to reduce a sentence under § 3582(c)(2), and review de novo a district court's conclusion as to the scope of its legal authority under that provision. *See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016). We have reviewed the record and discern no abuse of discretion by the district court. Accordingly, we affirm the district court's orders. *See United States v. Burton*, No. 3:07-cr-00773-JFA-1 (D.S.C. Apr. 25, 2017; June 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*